IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thomas Moore, Crystal | Case Number: 08 B 03054 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 9/9/08 | Filed: 2/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: July 29, 2008
Confirmed: April 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 950.00 | |
| Secured: | | 470.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 420.98 |
| Trustee Fee: | | 59.02 |
| Other Funds: | | 0.00 |
| Totals: | 950.00 | 950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,488.50 | 420.98 |
| 2. | Capital One Auto Finance | Secured | 41,031.59 | 470.00 |
| 3. | Internal Revenue Service | Priority | 270.00 | 0.00 |
| 4. | Capital One Auto Finance | Unsecured | 2,323.28 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 216.69 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 458.57 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 2,861.00 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 1,332.08 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 380.00 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 564.40 | 0.00 |
| 11. | Americredit Financial Ser Inc | Secured | | No Claim Filed |
| 12. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Account Recovery Service | Unsecured | | No Claim Filed |
| 15. | I C Systems Inc | Unsecured | | No Claim Filed |
| 16. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 17. | Creditors Discount & Audit Co | Unsecured | | No Claim Filed |
| 18. | KCA Financial Services | Unsecured | | No Claim Filed |
| 19. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | $ 52,926.11 | $ 890.98 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 13.41 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Thomas Moore, Crystal

Printed: 9/9/08

Case Number: 08 B 03054
Judge: Goldgar, A. Benjamin
Filed: 2/11/08

```
         6.5%              45.61
                        _____
                         $ 59.02
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

